THE STATE OF TEXAS
VS.

JAMES JACKSON

HARRIS County
Criminal Court
OF THE 183RD
82,337/03, Houston Texas.
04

CAUSE: 1377800

Your Honor, (Respectfully.)

DATE - 3-18-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 23 2015
Abel Acosta, Clerk

I WOULD LIKE TO BRING TO THE COURTS ATTENTION THAT MY ORIGINAL GROUND IN MY STATE WRIT (11.07) A+B STATED AND I QUOTE " Federal AND CONSTITUTIONAL RIGHTS (PLURAL) WERE NOT ADMISTERED." THE D.A. IN HARRIS COUNTY RESPONDED AS TO WHICH RIGHT WAS NOT ADMINISTERED? SIR OR MADAM, I'VE ALREADY GIVEN THE ANSWER IN MY ORIGINAL STATE WRIT I STATED "RIGHTS" MEANING (ALL) CAN THE D.A.'S ANSWER BE PERMITTED? CAN ONE ANSWER A QUESTION WITH A QUESTION?

Most Sincerely

WR- 82,337-03 AND
WR- 82,337-04

MR JAMES JACKSON
TDCJ#01933528
CAUSE: 1377900
GARZA EAST Unit
4304 Hwy 202,
Beeville TX. 78102

PS. PLEASE FILE IF
NECESSARY.